IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| ABEISNA HOLDING, INC., et al., | : | Bankruptcy Case No. 16-10790 (KJC) |
| Debtors. | : | |
| _____ | : | |
| CROWN FINANCIAL, LLC, | : | |
| Appellant, | : | |
| v. | : | C. A. No. 19-643-CFC |
| DRIVETRAIN, LLC, a Litigation Trustee, | : | BAP No. 19-00021 |
| Appellee. | : | |

## **RECOMMENDATION**

At Wilmington this **2nd** day of **May, 2019**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel, to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

Although the parties have not engaged in mediation or other alternativ dispute resolution process, the parties engaged in full and candid settlement discussion before

submitting the matter to Bankruptcy Court.  After the decision of the Bankruptcy Court, the parties had a further discussion regarding settlement.  These discussions and efforts of the parties did not result in resolution of this matter.

In addition, the parties jointly propose the following briefing schedule be entered should the matter be removed from mandatory mediation:

| | |
|---|---|
| Appellant's Opening Brief | 45 days after the filing of the record from the Bankruptcy Clerk with this Court.  This appeal was filed on April 8, 2019.  A supplement Exhibit list of trial exhibits and witness list was filed by Crown Financial on April 18, 2019. |
| Appellee's Brief | 30 days after the filing of Appellant's Brief |
| Appellant's Reply Brief | 15 days after the filing of Appellee's Brief |

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court.  No objections to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1 are anticipated since this Recommendation is consistent with the parties' request.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge