IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>ABEINSA HOLDING, INC., et al.,<br><br>Debtors.<br><br>_____<br><br>CROWN FINANCIAL, LLC,<br><br>Appellant,<br><br>v.<br><br>DRIVETRAIN, LLC, a Litigation Trustee,<br><br>Appellee. | ) Chapter 11<br>) Bk. No. 16-10790(KJC)<br>) BAP No. 19-21<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 19-643-CFC<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this 9th day of May, 2019, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **June 10, 2019.**

2. Appellee's brief in opposition to the appeal is due on or before **July 10, 2019.**

3. Appellant's reply brief is due on or before **July 25, 2019.**

_____
United States District Judge